# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TARA L. MCDONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-CV-374-GKF-PJC |
| | ) |
| STANLEY GLANZ, SHERIFF OF | ) |
| TULSA COUNTY, in his official and | ) |
| individual capacities; and | ) |
| BOARD OF COUNTY COMMISSIONERS | ) |
| OF TULSA COUNTY, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

Pursuant to LCvR7.2(f), plaintiff Tara L. McDonald is hereby granted an additional 14 days from her original response date, until March 11, 2013, to file a response to defendant Board of County Commissioners of Tulsa County's Motion to Dismiss [Dkt. #14]. If no response is filed, the motion will be deemed confessed.

ENTERED this 1st day of March, 2013.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT